1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  1990 North California Boulevard, Suite 940
   Walnut Creek, CA  94596
3  Telephone: (925) 300-4455
   Facsimile:  (925) 407-2700
4  E-Mail: ltfisher@bursor.com

5  **BURSOR & FISHER, P.A.**
   Scott A. Bursor (State Bar No. 276006)
6  888 Seventh Avenue
   New York, NY  10019
7  Telephone: (212) 989-9113
   Facsimile:  (212) 989-9163
8  E-Mail: scott@bursor.com

9  **MILITARY JUSTICE ATTORNEYS, PLLC**
   Gerald Healy (admitted *pro hac vice*)
10 219 Scott Street, PMB 315
   Beaufort, SC  29902
11 Telephone: (844) 334-5459
   Facsimile:  (843) 645-6530
12 E-Mail: gerry@militaryjusticeattorneys.com

13 **MILITARY JUSTICE ATTORNEYS, PLLC**
   John Hafemann (State Bar No. 238758)
14 21 W. Park Avenue
   Savannah, GA  31401
15 Telephone: (844) 334-5459
   Facsimile:  (843) 645-6530
16 E-Mail: john@militaryjusticeattorneys.com

17 *Attorneys for Plaintiffs*
   *(Additional Counsel Listed on Signature Page)*
18

19                     UNITED STATES DISTRICT COURT

20                    NORTHERN DISTRICT OF CALIFORNIA

21

| | |
|---|---|
| SIERA STRUMLAUF and BENJAMIN ROBLES, individually and on behalf of all others similarly situated, | Case No. 16-CV-01306-TEH |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER REGARDING THE FILING OF FIRST AMENDED CLASS ACTION COMPLAINT** |
| v. | |
| STARBUCKS CORPORATION, | |
| Defendant. | |

1  Plaintiffs Siera Strumlauf and Benjamin Robles (collectively, "Plaintiffs") and Defendant Starbucks Corporation ("Starbucks"), by and through their counsel of record, enter into the following stipulation, based on the recitals below:

WHEREAS, on March 16, 2016, Plaintiffs filed their initial Class Action Complaint (*see* Dkt. No. 1);

WHEREAS, on May 10, 2016, plaintiff Brittany Crittenden ("Crittenden") filed her Class Action Complaint in the U.S. District Court for the Southern District of New York (*see Crittenden v. Starbucks Corporation*, Case No. 16-cv-03496 (S.D.N.Y.)), which was transferred to this District under Case No. 16-cv-05049 and subsequently assigned to this Court;

WHEREAS, Plaintiffs and Crittenden wish to file a First Amended Class Action Complaint that includes Crittenden as a Plaintiff in this case and brings claims under New York General Business Law §§ 349, 350 and Florida's Deceptive and Unfair Trade Practices Act, Fla. Stat. §§ 501.201, *et seq.*;

WHEREAS, counsel for Plaintiffs provided a draft of the proposed First Amended Class Action Complaint to counsel for Starbucks to obtain its consent to the filing of the First Amended Class Action Complaint, a copy is attached hereto as Exhibit A;

WHEREAS, Starbucks has advised that it does not object to the filing of the proposed First Amended Class Action Complaint, in form of Exhibit A hereto.

WHEREAS, upon the filing of the First Amended Class Action Complaint, Crittenden agrees that this Court may dismiss without prejudice the complaint in the action styled as *Crittenden v. Starbucks Corporation*, Case No. 16-cv-05049-TEH (N.D. Cal.);

NOW THEREFORE, the Parties hereby stipulate, subject to Court approval, that Plaintiffs shall have leave to file the proposed First Amended Class Action Complaint attached hereto as Exhibit A.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: September 16, 2016 | Respectfully submitted, |
| | **BURSOR & FISHER, P.A.** |
| | By:   */s/ L. Timothy Fisher*   <br>        L. Timothy Fisher |
| | L. Timothy Fisher (State Bar No. 191626)<br>1990 North California Boulevard, Suite 940<br>Walnut Creek, CA  94596<br>Telephone: (925) 300-4455<br>Facsimile:  (925) 407-2700<br>E-Mail: ltfisher@bursor.com |
| | **BURSOR & FISHER, P.A.**<br>Scott A. Bursor (State Bar No. 276006)<br>888 Seventh Avenue<br>New York, NY  10019<br>Telephone: (212) 989-9113<br>Facsimile:  (212) 989-9163<br>E-Mail: scott@bursor.com |
| | **MILITARY JUSTICE ATTORNEYS, PLLC**<br>Gerald Healy (admitted *pro hac vice*)<br>219 Scott Street, PMB 315<br>Beaufort, SC  29902<br>Telephone: (844) 334-5459<br>Facsimile:  (843) 645-6530<br>E-Mail: gerry@militaryjusticeattorneys.com |
| | **MILITARY JUSTICE ATTORNEYS, PLLC**<br>John Hafemann (State Bar No. 238758)<br>21 W. Park Avenue<br>Savannah, GA  31401<br>Telephone: (844) 334-5459<br>Facsimile:  (843) 645-6530<br>E-Mail: john@militaryjusticeattorneys.com |
| | *Attorneys for Plaintiffs Strumlauf and Robles* |
| Dated: September 16, 2016 | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| | By:   */s/ Robert J. Guite*   <br>        Robert J. Guite |
| | Robert J. Guite (State Bar No. 244590)<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA  94111-4109<br>Telephone: (415) 434-9100<br>Facsimile:  (415) 434-3947 |

STIPULATION AND [PROPOSED] ORDER RE THE FILING OF FIRST AMENDED COMPLAINT     2
CASE NO. 16-CV-01306-TEH

E-Mail: rguite@sheppardmullin.com

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Fred R. Puglisi (State Bar No. 121822)
Sascha Henry (State Bar No. 191914)
Robin A. Achen (State Bar No. 287033)
333 South Hope Street, 43rd Floor
Los Angeles, CA  90071-1422
Telephone: (213) 620-1780
Facsimile:  (213) 620-1398
E-Mail: fpuglisi@sheppardmullin.com
             shenry@sheppardmullin.com
             rachen@sheppardmullin.com

*Attorneys for Defendant Starbucks Corporation*

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, L. Timothy Fisher, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the stipulation's content and have authorized the stipulation.

          */s/ L. Timothy Fisher*
          L. Timothy Fisher

PURSUANT TO STIPULATION, IT IS SO ORDERED; Case No. 16-cv-05049-TEH (N.D. Cal.) is DISMISSED without prejudice and Defendant shall have 14 days to respond to the First Amended Class Action Complaint.

Dated: 9/20, 2016

THELTON E. HENDERSON
United States District Judge